# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

WOODROW FLEMMING,

       Plaintiff,

       V.              CASE NUMBER:  9:05-CV-855 (LEK/DEP)

DEPUTY MICHAEL MAHER;
DR. BURDICK;
DOCTOR SHERMAN,

       Defendants.

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants in accordance with the Order by Judge Lawrence E. Kahn, filed July 15, 2005.

July 18, 2005                                *LAWRENCE K. BAERMAN*
_____      _____
DATE                                                  CLERK

Entered on the Docket: 7/18/05        ____s/ April L. Hudson_____
                                                      (BY) DEPUTY CLERK